In the Matter of ROBITZEK INVESTING Co., INC., et al., Respondents, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.

Argued January 8, 1947; decided February 21, 1947.

*Harry H. Chambers* for respondents. ·

Order affirmed and order absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.